# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Elmer Hansen,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                    3:03-cv-374

Jo Anne B. Barnhart,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/25/05 Order.

**Signed: August 26, 2005**

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court